IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIZABETH STONE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | No. 1:22-cv-1335 (MSN/IDD) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Central Intelligence Agency, by and through counsel, hereby moves this Court for an Order dismissing all of Plaintiff Elizabeth Stone's claims for failure to state a claim. In support of its motion, Defendant respectfully refers the Court to the memorandum in support being filed contemporaneously with this motion.

Dated: June 22, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*:    /s/
MEGHAN LOFTUS
CAROLYN M. WESNOUSKY
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3757/3996
Email: Meghan.loftus@usdoj.gov
Carolyn.Wesnousky@usdoj.gov

*Counsel for Defendant*